UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAISEN J. RANDOLPH,

      Plaintiff,

v.                                                                Case No:   8:26-cv-00576-JLB-T_W

CITY OF TAMPA,

      Defendant.
_____/

## ORDER

Plaintiff Jaisen J. Randolph's Second Amended Complaint (Doc. 32) is **DISMISSED without prejudice** as an impermissible shotgun pleading.

On June 10, 2026, the Court dismissed Plaintiff's First Amended Complaint (Doc. 23) as a shotgun pleading and provided Plaintiff leave to amend his complaint within fourteen days of the Order.  (Doc. 31).  On June 22, 2026, Plaintiff filed his Second Amended Complaint. (Doc. 32).  However, Plaintiff's Second Amended Complaint remains a shotgun pleading because, rather than realleging all prior paragraphs as before, Plaintiff's Second Amended Complaint now realleges certain types of paragraphs that he intended to incorporate into each count, without enumerating which paragraphs in particular.  (Doc. 32 at ¶¶ 185, 201, 219, 240). This lack of specificity means that Plaintiff's Second Amended Complaint still fails to provide Defendant with "adequate notice of the claims against [it] and the grounds upon which each claim rests."  *Weiland v. Palm Beach Cnty. Sheriff's Off.*,

792 F.3d 1313, 1323 (11th Cir. 2015).  Moreover, the Court is unable to discern "which facts support which claims and whether [Plaintiff] has stated any claims upon which relief can be granted . . . ."  *Id.* at 1320 (quoting *T.D.S. Inc. v. Shelby Mut. Ins. Co.*, 760 F.2d 1520, 1544 n.14 (11th Cir. 1985) (Tjoflat, J., dissenting)).

When a plaintiff's complaint is a shotgun pleading, "a district court must give the plaintiff 'one chance to remedy such deficiencies.'"  *Jackson v. Bank of Am., N.A.*, 898 F.3d 1348, 1358 (11th Cir. 2018) (emphasis added) (quoting *Vibe Micro, Inc. v. Shabanets*, 878 F.3d 1291, 1295 (11th Cir. 2018).  Here, the Court has already provided Plaintiff with two opportunities to amend his complaint.  Accordingly, Plaintiff's Second Amended Complaint (Doc. 32) is **DISMISSED without prejudice**.  The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any pending deadlines and motions, and close the file.

**ORDERED** in Tampa, Florida, on June 25, 2026.

_____

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

2